So Ordered.

Dated: August 9, 2021



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: Timothy Bell, | Case No. 20-23303-kmp |
| Debtor. | Chapter 13 |

**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY WITH CONDITIONS**

This matter was heard on August 3, 2021, pursuant to the motion for relief from the automatic stay and co-debtor stay filed by U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust, its successors and/or assignees (hereinafter "the movant") with respect to the property located at 7207 W. Cody Circle, Milwaukee, Wisconsin. Movant appeared by counsel Eric Feldman & Associates, P.C., by Bryan M. Ward; Debtors appeared by counsel Miller & Miller Law, LLC, by Mark Gauthier; Kyle R. Knutson appeared for the Chapter 13 Trustee.

Upon consideration of the documents filed by the parties, the statements of counsel at the hearing, and the files, records and proceedings herein,

IT IS HEREBY ORDERED as follows:

1. The motion is denied, subject to the conditions contained herein.

2. Movant may file a supplemental claim for the fees and costs associated with the motion for relief, itemized as follows:

| | |
|---|---|
| Attorney fees—motion for relief: | $ 1,050.00 |
| Filing fee—motion for relief: | $ 188.00 |
| Total post-petition arrearage: | $ 1,238.00 |

3. Commencing with the August 1, 2021 payment, and continuing through and including the January 1, 2022 payment, debtor shall make all monthly mortgage payments to the Movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, the movant, its servicing agent or its counsel may submit evidence of default and a proposed order for immediate relief from the automatic stay to the court for signature.

4. This order is a Doomsday Order under this court's Uniform Procedure for Doomsday Orders; it incorporates and is therefore subject to this district's Uniform Procedure for Doomsday Orders.

5. Thereafter, the debtor shall make all monthly mortgage payments to the Movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the movant may renew the motion by letter, and the motion will be granted unless debtor files an objection requesting a hearing within 14 days of the motion renewal.

6. Relief from the co-debtor stay pursuant to 11 U.S.C. § 1301 shall be effective concurrent when the automatic stay no longer applies to the movant and its interest in the property.

#####