Fill in this information to identify the case:

Debtor 1  Timothy Bell
Debtor 2
(Spouse, if filing)
United States Bankruptcy Court for the: Eastern District of Wisconsin
Case number 20-23303-kmp

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE IGLOO SERIES IV TRUST

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 8600

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice:

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | 07/17/21, 09/17/21, 10/17/21, 11/17/21, 12/17/21 | (1) | $ 25.80 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0 |
| 3. | Attorney Fees | 06/22/21 Prepare and File MFR | (3) | $ 1050.00 |
| 4. | Filing fees and court costs | 06/22/21 MFR Filing Cost | (4) | $ 188.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ 0 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0 |
| 7. | Property inspection fees | | (7) | $ 0 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0 |
| 10. | Property preservation expenses. Specify: | | (10) | $ 0 |
| 11. | Other. Specify: | | (11) | $ 0 |
| 12. | Other. Specify: | | (12) | $ 0 |
| 13. | Other. Specify: | | (13) | $ 0 |
| 14. | Other. Specify: | | (14) | $ 0 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Timothy Bell | | | Case Number (if known) | 20-23303-kmp |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | ✗ /s/ Michelle R. Ghidotti-Gonsalves | Date | 01/11/2022 |
|---|---|---|---|
| | Signature | | |
| Print: | Michelle R. Ghidotti-Gonsalves | Title | Bankruptcy Attorney |
| | | | |
| Company | Ghidotti \| Berger LLP | | |
| | | | |
| Address | 1920 Old Tustin Avenue | | |
| | Number          Street | | |
| | Santa Ana, CA 92705 | | |
| | City          State          Zip Code | | |
| Contact phone | (949) 427-2010 | Email | bknotifications@ghidottiberger.com |



# McFadden Feldman Law an assumed name of Eric Feldman & Associates, P.C.

123 West Madison Street
Suite 1704
Chicago, IL
US

efabilling@gmail.com
www.efalaw.com

# INVOICE

| Number | 21720701 |
|---|---|
| Issue Date | 6/29/2021 |
| Due Date | 7/14/2021 |
| Matter | SN Servicing - BK21-7207 |
| Email | invoices@snsc.com |

## Bill To:
SN Servicing

Property Address: 7207 WEST CODY CIRCLE MILWAUKEE, WISCONSIN 53223

Property Loan #:

Bankruptcy Case #: 20-23303

## Flat Fees

| Flat Fees | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| **Bankruptcy Fee**<br>6/22/21: Prepare & File MFR | EB | $1,050.00 | 1.00 | $1,050.00 |
| | | **Flat Fees Total:** | 1.00 | $1,050.00 |

## Expenses

| Expense | Billed By | Price | Qty | Sub |
|---|---|---|---|---|

| Expense | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| **Bankruptcy Filing Costs**<br>6/22/2021<br>MFR | EFA Billing | $188.00 | 1.00 | $188.00 |
| **Bankruptcy Misc Costs**<br>6/22/2021<br>Pacer Doc Fees | EFA Billing | $4.30 | 1.00 | $4.30 |
| **Postage**<br>6/22/2021<br>MFR notices to debtor & co-debtor | EFA Billing | $2.00 | 1.00 | $2.00 |

|  |  |  |
|---|---|---|
| Expenses Total: | 3.00 | $194.30 |
| Total (USD) |  | $1,244.30 |
| Paid |  | $0.00 |
| Balance |  | $1,244.30 |

## Terms & Conditions

Invoices can be paid in the following manners:

**ACH PAYMENTS ARE PREFERRED**

**1. ACH, WIRE OR DIRECT DEPOSIT** - JP MORGAN CHASE – ROUTING NUMBER 071000013, ACCOUNT NUMBER 720787449

**2. ZELLE** TO EFELDMAN@EFALAW.COM

**3. PAYPAL** OR **VENMO** TO ERIC_FELDMAN@HOTMAIL.COM (CLIENT MUST ADD 3% IF USING CREDIT CARD).

**4. CHECK(S)** PAYABLE TO FIRM AND SEND TO ADDRESS ON INVOICE.

IF YOU HAVE ANY QUESTIONS PLEASE FEEL FREE TO CONTACT THE OFFICE. THANK YOU.

Borrower: BELL

| Effective Date | Transaction Date | Due Date | Transaction Description | Batch Desc | Sub Code | Batch Id | Trans. Amt | Principal Amount | Principal Balance | Arrearage / Forbearance Prin | Interest Amount | Unapplied Amount | Unapplied Balance | Escrow Amount | Escrow Balance | Late Charge Amt | Late Charge Balance | Assistance Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/12/2021 | 7/13/2021 | 7/1/2021 | Late Charge Assessment | | 0 | 0 | ($5.16) | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $1,139.78 | $.00 | ($123.41) | ($5.16) | $25.80 | $.00 |
| 7/20/2021 | 7/20/2021 | 3/1/2021 | Regular Payment | ACH Pmt (3000-5555551) | 0 | 125071 | $521.59 | $.00 | $123,744.85 | $0.00 | $103.12 | $.00 | $1,139.78 | $418.47 | $295.06 | $.00 | $25.80 | $.00 |
| 7/20/2021 | 7/20/2021 | 4/1/2021 | Unapplied Payment | ACH Pmt (3000-5555551) | 0 | 125071 | $1,710.64 | $.00 | $123,744.85 | $0.00 | $.00 | $1,710.64 | $2,850.42 | $.00 | $295.06 | $.00 | $25.80 | $.00 |
| 7/20/2021 | 7/21/2021 | 4/1/2021 | Unapplied Payment Reversal | 45-cb | 0 | 125123 | ($521.59) | $.00 | $123,744.85 | $0.00 | $.00 | ($521.59) | $2,328.83 | $.00 | $295.06 | $.00 | $25.80 | $.00 |
| 7/20/2021 | 7/21/2021 | 4/1/2021 | Regular Payment | 45-cb | 0 | 125124 | $521.59 | $.00 | $123,744.85 | $0.00 | $103.12 | $.00 | $2,328.83 | $418.47 | $713.53 | $.00 | $25.80 | $.00 |
| 7/20/2021 | 7/22/2021 | 5/1/2021 | Unapplied Payment Reversal | 45-cb | 0 | 125379 | ($521.59) | $.00 | $123,744.85 | $0.00 | $.00 | ($521.59) | $1,807.24 | $.00 | $713.53 | $.00 | $25.80 | $.00 |
| 7/20/2021 | 7/22/2021 | 5/1/2021 | Regular Payment | 45-cb | 0 | 125380 | $521.59 | $.00 | $123,744.85 | $0.00 | $103.12 | $.00 | $1,807.24 | $418.47 | $1,132.00 | $.00 | $25.80 | $.00 |
| 7/23/2021 | 7/23/2021 | 6/1/2021 | Legal Fee Assessment | | 1 | 0 | ($1,050.00) | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $1,807.24 | $.00 | $1,132.00 | $.00 | $25.80 | $.00 |
| 7/23/2021 | 7/23/2021 | 6/1/2021 | Legal Expense Recov Assessment | | 232 | 0 | ($188.00) | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $1,807.24 | $.00 | $1,132.00 | $.00 | $25.80 | $.00 |
| 7/20/2021 | 7/26/2021 | 6/1/2021 | Regular Payment | 45-vs | 0 | 125824 | $521.59 | $.00 | $123,744.85 | $0.00 | $103.12 | $.00 | $1,807.24 | $418.47 | $1,550.47 | $.00 | $25.80 | $.00 |
| 7/20/2021 | 7/26/2021 | 7/1/2021 | Regular Payment | 45-vs | 0 | 125824 | $521.59 | $.00 | $123,744.85 | $0.00 | $103.12 | $.00 | $1,807.24 | $418.47 | $1,968.94 | $.00 | $25.80 | $.00 |
| 7/20/2021 | 7/26/2021 | 8/1/2021 | Unapplied Payment Reversal | 45-vs | 0 | 125824 | ($1,043.18) | $.00 | $123,744.85 | $0.00 | $.00 | ($1,043.18) | $764.06 | $.00 | $1,968.94 | $.00 | $25.80 | $.00 |
| 7/27/2021 | 7/27/2021 | 8/1/2021 | Prepetition Unapplied Payment Reversal | 45 SB | 0 | 125920 | ($764.06) | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $.00 | $.00 | $1,968.94 | $.00 | $25.80 | $.00 |
| 7/27/2021 | 7/27/2021 | 8/1/2021 | Arrearage Other Payment | 45 SB | 12 | 125920 | $764.06 | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $.00 | $.00 | $1,968.94 | $.00 | $25.80 | $.00 |
| 7/20/2021 | 7/28/2021 | 8/1/2021 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 126124 | $390.30 | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $390.30 | $.00 | $1,968.94 | $.00 | $25.80 | $.00 |
| 7/30/2021 | 7/30/2021 | 8/1/2021 | Prepetition Unapplied Payment Reversal | 45-BC | 0 | 126458 | ($390.30) | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $.00 | $.00 | $1,968.94 | $.00 | $25.80 | $.00 |
| 7/30/2021 | 7/30/2021 | 8/1/2021 | Arrearage Other Payment | 45-BC | 12 | 126458 | $390.30 | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $.00 | $.00 | $1,968.94 | $.00 | $25.80 | $.00 |
| 8/2/2021 | 8/2/2021 | 8/1/2021 | Forced Place Insur Disbursement | FPI Escrow | 12 | 126739 | ($123.41) | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $.00 | ($123.41) | $1,845.53 | $.00 | $25.80 | $.00 |
| 8/9/2021 | 8/9/2021 | 8/1/2021 | Regular Payment | ACH Pmt (3000-5555551) | 0 | 127588 | $521.59 | $.00 | $123,744.85 | $0.00 | $103.12 | $.00 | $.00 | $418.47 | $2,264.00 | $.00 | $25.80 | $.00 |
| 8/9/2021 | 8/9/2021 | 9/1/2021 | Unapplied Payment | ACH Pmt (3000-5555551) | 0 | 127588 | $5.16 | $.00 | $123,744.85 | $0.00 | $.00 | $5.16 | $5.16 | $.00 | $2,264.00 | $.00 | $25.80 | $.00 |
| 8/23/2021 | 9/1/2021 | 9/1/2021 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 130825 | $390.30 | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $395.46 | $.00 | $2,264.00 | $.00 | $25.80 | $.00 |
| 9/1/2021 | 9/1/2021 | 9/1/2021 | Forced Place Insur Disbursement | FPI Escrow | 12 | 130873 | ($123.41) | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $395.46 | ($123.41) | $2,140.59 | $.00 | $25.80 | $.00 |
| 9/12/2021 | 9/14/2021 | 9/1/2021 | Late Charge Assessment | | 0 | 0 | ($5.16) | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $395.46 | $.00 | $2,140.59 | ($5.16) | $30.96 | $.00 |

| Date | Date | Date | Description | Code | | Ref | Amount | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/21/2021 | 9/21/2021 | 9/1/2021 | Prepetition Unapplied Payment Reversal | 45-ADMIN | 0 | 133641 | ($390.30) | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $5.16 | $.00 | $2,140.59 | $.00 | $30.96 | $.00 |
| 9/21/2021 | 9/21/2021 | 9/1/2021 | Arrearage Other Payment | 45-ADMIN | 12 | 133641 | $390.30 | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $5.16 | $.00 | $2,140.59 | $.00 | $30.96 | $.00 |
| 9/21/2021 | 9/29/2021 | 9/1/2021 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 134733 | $333.93 | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $339.09 | $.00 | $2,140.59 | $.00 | $30.96 | $.00 |
| 9/21/2021 | 9/29/2021 | 9/1/2021 | Stipulation Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 134733 | $56.37 | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $395.46 | $.00 | $2,140.59 | $.00 | $30.96 | $.00 |
| 9/29/2021 | 9/29/2021 | 9/1/2021 | Prepetition Unapplied Payment Reversal | 45-ADMIN | 0 | 134751 | ($333.93) | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $61.53 | $.00 | $2,140.59 | $.00 | $30.96 | $.00 |
| 9/29/2021 | 9/29/2021 | 9/1/2021 | Arrearage Other Payment | 45-ADMIN | 12 | 134751 | $333.93 | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $61.53 | $.00 | $2,140.59 | $.00 | $30.96 | $.00 |
| 10/1/2021 | 10/1/2021 | 9/1/2021 | Forced Place Insur Disbursement | FPI Escrow | 12 | 135203 | ($123.41) | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $61.53 | ($123.41) | $2,017.18 | $.00 | $30.96 | $.00 |
| 10/1/2021 | 10/2/2021 | 9/1/2021 | Regular Payment | ACH Pmt (3000-5555551) | 0 | 135221 | $521.59 | $.00 | $123,744.85 | $0.00 | $103.12 | $.00 | $61.53 | $418.47 | $2,435.65 | $.00 | $30.96 | $.00 |
| 10/12/2021 | 10/12/2021 | 10/1/2021 | Late Charge Assessment | | 0 | 0 | ($5.16) | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $61.53 | $.00 | $2,435.65 | ($5.16) | $36.12 | $.00 |
| 10/19/2021 | 10/19/2021 | 10/1/2021 | Stipulation Unapplied Payment Reversal | 45-vs | 0 | 137925 | ($56.37) | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $5.16 | $.00 | $2,435.65 | $.00 | $36.12 | $.00 |
| 10/19/2021 | 10/19/2021 | 10/1/2021 | Legal Expense Recov Payment | 45-vs | 232 | 137925 | $56.37 | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $5.16 | $.00 | $2,435.65 | $.00 | $36.12 | $.00 |
| 10/19/2021 | 10/26/2021 | 10/1/2021 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 138941 | $333.93 | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $339.09 | $.00 | $2,435.65 | $.00 | $36.12 | $.00 |
| 10/19/2021 | 10/26/2021 | 10/1/2021 | Stipulation Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 138941 | $56.37 | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $395.46 | $.00 | $2,435.65 | $.00 | $36.12 | $.00 |
| 10/26/2021 | 10/26/2021 | 10/1/2021 | Prepetition Unapplied Payment Reversal | 45-ADMIN | 0 | 138962 | ($333.93) | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $61.53 | $.00 | $2,435.65 | $.00 | $36.12 | $.00 |
| 10/26/2021 | 10/26/2021 | 10/1/2021 | Arrearage Other Payment | 45-ADMIN | 12 | 138962 | $333.93 | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $61.53 | $.00 | $2,435.65 | $.00 | $36.12 | $.00 |
| 10/27/2021 | 10/27/2021 | 10/1/2021 | Unapplied Payment Reversal | 45-VS | 0 | 139071 | ($5.16) | $.00 | $123,744.85 | $0.00 | $.00 | ($5.16) | $56.37 | $.00 | $2,435.65 | $.00 | $36.12 | $.00 |
| 10/27/2021 | 10/27/2021 | 10/1/2021 | Escrow Only Payment | 45-VS | 0 | 139071 | $5.16 | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $56.37 | $5.16 | $2,440.81 | $.00 | $36.12 | $.00 |
| 10/31/2021 | 10/31/2021 | 10/1/2021 | Stipulation Unapplied Payment Reversal | 45-BB | 0 | 139584 | ($56.37) | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $.00 | $.00 | $2,440.81 | $.00 | $36.12 | $.00 |
| 10/31/2021 | 10/31/2021 | 10/1/2021 | Legal Expense Recov Payment | 45-BB | 232 | 139584 | $56.37 | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $.00 | $.00 | $2,440.81 | $.00 | $36.12 | $.00 |
| 11/1/2021 | 11/1/2021 | 10/1/2021 | Forced Place Insur Disbursement | FPI Escrow | 12 | 139826 | ($123.41) | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $.00 | ($123.41) | $2,317.40 | $.00 | $36.12 | $.00 |
| 11/12/2021 | 11/12/2021 | 11/1/2021 | Late Charge Assessment | | 0 | 0 | ($5.16) | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $.00 | $.00 | $2,317.40 | ($5.16) | $41.28 | $.00 |
| 11/22/2021 | 11/29/2021 | 10/1/2021 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 143217 | $333.93 | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $333.93 | $.00 | $2,317.40 | $.00 | $41.28 | $.00 |
| 11/22/2021 | 11/29/2021 | 10/1/2021 | Stipulation Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 143217 | $56.37 | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $390.30 | $.00 | $2,317.40 | $.00 | $41.28 | $.00 |
| 11/29/2021 | 11/29/2021 | 10/1/2021 | Prepetition Unapplied Payment Reversal | 45-ADMIN | 0 | 143227 | ($333.93) | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $56.37 | $.00 | $2,317.40 | $.00 | $41.28 | $.00 |

SN Servicing Corporation
Loan History - General

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/29/2021 | 11/29/2021 | 10/1/2021 | Arrearage Other Payment | 45-ADMIN | 12 | 143227 | $333.93 | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $56.37 | $.00 | $2,317.40 | $.00 | $41.28 | $.00 |
| 11/30/2021 | 11/30/2021 | 10/1/2021 | Stipulation Unapplied Payment Reversal | 45-vs | 0 | 143417 | ($56.37) | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $.00 | $.00 | $2,317.40 | $.00 | $41.28 | $.00 |
| 11/30/2021 | 11/30/2021 | 10/1/2021 | Legal Expense Recov Payment | 45-vs | 232 | 143417 | $56.37 | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $.00 | $.00 | $2,317.40 | $.00 | $41.28 | $.00 |
| 12/1/2021 | 12/1/2021 | 10/1/2021 | Forced Place Insur Disbursement | FPI Escrow | 12 | 143651 | ($123.41) | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $.00 | ($123.41) | $2,193.99 | $.00 | $41.28 | $.00 |
| 12/4/2021 | 12/6/2021 | 10/1/2021 | Unapplied Payment | ACH Pmt (3000-5555551) | 0 | 144196 | $521.59 | $.00 | $123,744.85 | $0.00 | $.00 | $521.59 | $521.59 | $.00 | $2,193.99 | $.00 | $41.28 | $.00 |
| 12/4/2021 | 12/6/2021 | 10/1/2021 | Unapplied Payment | ACH Pmt (3000-5555551) | 0 | 144196 | $521.59 | $.00 | $123,744.85 | $0.00 | $.00 | $521.59 | $1,043.18 | $.00 | $2,193.99 | $.00 | $41.28 | $.00 |
| 12/4/2021 | 12/6/2021 | 10/1/2021 | Unapplied Payment | ACH Pmt (3000-5555551) | 0 | 144196 | $521.59 | $.00 | $123,744.85 | $0.00 | $.00 | $521.59 | $1,564.77 | $.00 | $2,193.99 | $.00 | $41.28 | $.00 |
| 12/4/2021 | 12/6/2021 | 10/1/2021 | Unapplied Payment Reversal | 45-cb | 0 | 144210 | ($669.70) | $.00 | $123,744.85 | $0.00 | $.00 | ($669.70) | $895.07 | $.00 | $2,193.99 | $.00 | $41.28 | $.00 |
| 12/4/2021 | 12/6/2021 | 10/1/2021 | Regular Payment | 45-cb | 0 | 144212 | $669.70 | $.00 | $123,744.85 | $0.00 | $103.12 | $.00 | $895.07 | $566.58 | $2,760.57 | $.00 | $41.28 | $.00 |
| 12/4/2021 | 12/6/2021 | 11/1/2021 | Unapplied Payment Reversal | 45-vs | 0 | 144336 | ($669.70) | $.00 | $123,744.85 | $0.00 | $.00 | ($669.70) | $225.37 | $.00 | $2,760.57 | $.00 | $41.28 | $.00 |
| 12/4/2021 | 12/6/2021 | 11/1/2021 | Regular Payment | 45-vs | 0 | 144337 | $669.70 | $.00 | $123,744.85 | $0.00 | $103.12 | $.00 | $225.37 | $566.58 | $3,327.15 | $.00 | $41.28 | $.00 |
| 12/12/2021 | 12/14/2021 | 12/1/2021 | Late Charge Assessment | | 0 | 0 | ($5.16) | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $225.37 | $.00 | $3,327.15 | ($5.16) | $46.44 | $.00 |
| 12/21/2021 | 12/29/2021 | 12/1/2021 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 147317 | $333.93 | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $559.30 | $.00 | $3,327.15 | $.00 | $46.44 | $.00 |
| 12/21/2021 | 12/29/2021 | 12/1/2021 | Legal Fee Payment | 3000 - BK Trustee Pmt | 1 | 147317 | $56.37 | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $559.30 | $.00 | $3,327.15 | $.00 | $46.44 | $.00 |
| 12/29/2021 | 12/29/2021 | 12/1/2021 | Prepetition Unapplied Payment Reversal | 45-ADMIN | 0 | 147337 | ($333.93) | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $225.37 | $.00 | $3,327.15 | $.00 | $46.44 | $.00 |
| 12/29/2021 | 12/29/2021 | 12/1/2021 | Arrearage Other Payment | 45-ADMIN | 12 | 147337 | $333.93 | $.00 | $123,744.85 | $0.00 | $.00 | $.00 | $225.37 | $.00 | $3,327.15 | $.00 | $46.44 | $.00 |

# CERTIFICATE OF SERVICE

On January 11, 2022, I served the foregoing documents described as Notice of Postpetition Mortgage Fees, Expenses, and Charges on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Deborah A. Stencel
deborah@millermillerlaw.com

US TRUSTEE
ustpregion11.mi.ecf@usdoj.gov

CHAPTER 13 Trustee
Scott Lieske
ecf@chapter13milwaukee.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice

On January 11, 2022, I served the foregoing documents described as Notice of Postpetition Mortgage Fees, Expenses, and Charges on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Timothy Bell
7207 W. Cody Circle
Milwaukee, WI 53223

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice